# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 7, 2014

149041(94)
149046

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

CHARLES MOODY,
                Plaintiff-Appellant,
and

GET WELL MEDICAL TRANSPORT,
PROGRESSIVE REHAB CENTER and
CAROL REINTS, INC.,
                Plaintiffs,
v

SC:  149041
COA:  301784
Wayne CC:  10-006722-AV

HOME OWNERS INSURANCE
COMPANY,
                Defendant-Appellee.
_____/

CHARLES MOODY,
                Plaintiff,
and

GET WELL MEDICAL TRANSPORT,
PROGRESSIVE REHAB CENTER and
CAROL REINTS, INC.,
                Plaintiffs-Appellants,
v

SC:  149046
COA:  301783
Wayne CC:  10-006722-AV

HOME OWNERS INSURANCE
COMPANY,
                Defendant-Appellee.
_____/

On order of the Court, the motion for reconsideration of this Court's September 26, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 7, 2014



Clerk

p1104